UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY NUNEZ and THE ESTATE OF ANTHONY NUNEZ THROUGH ITS PERSONAL REPRESENTATIVE SANDY SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SANTOS and ANTHONY VIZZUSI,<br><br>Defendants. | Case No. 17-CV-03860-LHK<br><br>**VERDICT FORM** |

Dated: June 25, 2019

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## PLAINTIFFS CLAIMS AGAINST DEFENDANT MICHAEL SANTOS

**Question 1**: Has Plaintiff Estate of Anthony Nunez through its Personal Representative Sandy Sanchez proven by a preponderance of the evidence its excessive force claim against Defendant Michael Santos?

Yes __X__          No ____

*If you checked "Yes" for Question 1, proceed to Questions 1.a. and 2. If you checked "No" for Question 1, then you should proceed to Question 3.*

**Question 1.a:** Was Decedent Anthony Nunez pointing a gun at officers at the time Defendant Michael Santos shot Decedent Anthony Nunez?

Yes ____          No __X__

*Proceed to Question 2.*

**Question 2**: Has Plaintiff Tony Nunez proven by a preponderance of the evidence his right to familial relationship claim against Defendant Michael Santos?

Yes ____          No __X__

*Proceed to Question 3.*

**Question 3**: Has Plaintiff Tony Nunez proven by a preponderance of the evidence his negligence claim against Defendant Michael Santos?

Yes __X__          No ____

*If you checked "Yes" for Question 3, proceed to Question 3.a. If you checked "No" for Question 3, then do not answer Question 3.a. and proceed to Question 4.*

**Question 3.a**: Has Defendant Michael Santos proven by a preponderance of the evidence his defense of self-defense and/or defense of others?

Yes ____          No __X__

*Proceed to Question 4.*

Case No. 17-CV-03860-LHK
VERDICT FORM

2

## PLAINTIFFS CLAIMS AGAINST DEFENDANT ANTHONY VIZZUSI

**Question 4**: Has Plaintiff Estate of Anthony Nunez through its Personal Representative Sandy Sanchez proven by a preponderance of the evidence its excessive force claim against Defendant Anthony Vizzusi?

Yes _X_          No ____

*If you checked "Yes" for Question 4, proceed to Questions 4.a. and 5. If you checked "No" for Question 4, then you should proceed to Question 6.*

**Question 4.a:** Was Decedent Anthony Nunez pointing a gun at officers at the time Defendant Anthony Vizzusi shot Decedent Anthony Nunez?

Yes ____          No _X_

*Proceed to Question 5.*

**Question 5**: Has Plaintiff Tony Nunez proven by a preponderance of the evidence his right to familial relationship claim against Defendant Anthony Vizzusi?

Yes ____          No _X_

*Proceed to Question 6.*

**Question 6**: Has Plaintiff Tony Nunez proven by a preponderance of the evidence his negligence claim against Defendant Anthony Vizzusi?

Yes _X_          No ____

*If you checked "Yes" for Question 6, proceed to Question 6.a. If you checked "No" for Question 6, do not answer Question 6.a., and proceed to Question 7 only if you meet the requirements of that Question.*

**Question 6.a**: Has Defendant Anthony Vizzusi proven by a preponderance of the evidence his defense of self-defense and/or defense of others?

Yes ____          No _X_

*Proceed to Question 7 only if you meet the requirements of that Question.*

Case No. 17-CV-03860-LHK
VERDICT FORM

3

### DEFENDANTS' CONTRIBUTORY NEGLIGENCE DEFENSE

*Answer Question 7 only if you: (1) checked "Yes" to Question 3 and checked "No" to Question 3.a; and/or (2) checked "Yes" to Question 6 and checked "No" to Question 6.a. If you cannot answer Question 7, then do not answer Question 8 and proceed to Question 9 only if you meet the requirements of that Question.*

**Question 7**: Have Defendants proven by a preponderance of the evidence that Decedent Anthony Nunez was negligent in causing his own death?

Yes __X__          No _____

*If you checked "Yes" for Question 7, proceed to Question 8. If you checked "No," for Question 8, then do not answer Question 8, and proceed to Question 9 only if you meet the requirements of that Question.*

**Question 8**: What is the percentage of harm caused by each party? (Total 100%).

Defendant Michael Santos __45__ %

Defendant Anthony Vizzusi __45__ %

Decedent Anthony Nunez __10__ %

### DAMAGES

*Answer Question 9 only if you checked "Yes" to either Questions 1 or 4. If you checked "No" to both Questions 1 and 4, then you should proceed to Question 10 only if you meet the requirements of that Question.*

**Question 9**: What amount of damages is Plaintiff Estate of Anthony Nunez by and through its Personal Representative Sandy Sanchez entitled to recover?

$ __2,600,000__

*Answer Question 10 only if you did any of the following: (1) checked "Yes" to Question 2; (2) checked "Yes" to Question 5; (3) checked "Yes" to Question 3 and "No" to Question 3.a; or (4) checked "Yes" to Question 6 and "No" to Question 6.a. If you did not do any of the above, then you should proceed to Question 11 only if you meet the requirements of that Question.*

**Question 10**: What amount of damages is Plaintiff Tony Nunez entitled to recover?

$ __50,000__

*Proceed to Question 11 only if you meet the requirements of that Question.*

Case No. 17-CV-03860-LHK
VERDICT FORM

4

## PUNITIVE DAMAGES

*Answer Question 11 only if you checked "Yes" to Question 1. If you checked "No" to Question 1, do not answer Question 11, and proceed to Question 12 only if you meet the requirements of that Question.*

**Question 11**: If Plaintiffs have proven by clear and convincing evidence that punitive damages should be awarded against Defendant Michael Santos, then in what amount?

$ _0_

*Proceed to Question 12 only if you meet the requirements of that Question.*

*Answer Question 12 only if you checked "Yes" to Question 4. If you checked "No," for Question 4, do not answer Question 12, sign the verdict form, and notify the Courtroom Deputy.*

**Question 12**: If Plaintiffs have proven by clear and convincing evidence that punitive damages should be awarded against Defendant Anthony Vizzusi, then in what amount?

$ _0_

Dated: 7/2/19

_____
Presiding Juror

Case No. 17-CV-03860-LHK
VERDICT FORM

5