UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY NUNEZ and THE ESTATE OF ANTHONY NUNEZ THROUGH ITS PERSONAL REPRESENATIVE SANDY SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SANTOS and ANTHONY VIZZUSI,<br><br>Defendants. | Case No. 17-CV-03860-LHK<br><br>**JUDGMENT** |

Pursuant to the jury verdict rendered on July 2, 2019, ECF No. 171, the Clerk shall enter judgment as follows:

$2.6 million in favor of Plaintiff Estate of Anthony Nunez through its Personal Representative Sandy Sanchez against Defendants Michael Santos and Anthony Vizzusi;

$22,500 in favor of Plaintiff Tony Nunez against Defendant Michael Santos; and

$22,500 in favor of Plaintiff Tony Nunez against Defendant Anthony Vizzusi.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 10, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-03860-LHK
JUDGMENT

1