# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 17-cv-03860-LHK

Date case was first filed in U.S. District Court: 7/7/17

Date of judgment or order you are appealing: 6/25/19 (Order re Rule 50(a) Mot.); 7/10/19 (Judgment); 12/13/19 (Order re Rule 50(b) & 59 Motions)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Michael Santos and Anthony Vizzusi

Is this a cross-appeal? ( ) Yes  (●) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ( ) Yes  (●) No

If Yes, what is the prior appeal case number?

Your mailing address:

Office of the City Attorney, 200 East Santa Clara Street, 16th Floor

City: San Jose   State: CA   Zip Code: 95113

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Yue-Han Chow   **Date** January 13, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Michael Santos and Anthony Vizzusi |

Name(s) of counsel (if any):

| |
|---|
| Richard Doyle, Nora Frimann, Ardell Johnson, and Yue-Han Chow<br>Office of the City Attorney |

Address: 200 E. Santa Clara Street, 16th Floor, San Jose, CA 95113

Telephone number(s): (408) 535-1900

Email(s): cao.main@sanjoseca.gov; ardell.johnson@sanjoseca.gov; yue-han.chow@sanjoseca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ●Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Estate of Anthony Nunez by and through its personal representative Sandy Sanchez; Tony Nunez |

Name(s) of counsel (if any):

| |
|---|
| John L. Burris, Adante D. Pointer, Lateef H. Gray, Patrick M. Buelna<br>Law Offices of John L. Burris |

Address: Airport Corporate Centre, 7677 Oakport St., Ste 1120, Oakland, CA 94621

Telephone number(s): (510) 839-5200

Email(s): john.burris@johnburrislaw.com; adante.pointer@johnburrislaw.com; lateef.gray@johnburrislaw.com; patrick.buelna@johnburrislaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                  1                                  New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6  2  New 12/01/2018