Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT:***
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* SARAH TAPIA | | 7. Your Phone Number: (408) 535-1211 | |
| 2. Your Email Address: * sarah.tapia@sanjoseca.gov | | 8. Full Case Number (if applicable): 17-cv-03860-LHK | |
| 3. Receipt Number:* 0971-14065477 | 9. Fee Type:* | ☐ Attorney Admission | |
| 4. Transaction Date:* 01/13/2020 | | ☐ Civil Case Filing | |
| | | ☐ FTR Audio Recording | |
| 5. Transaction Time:* 3:10 pm | | ☒ Notice of Appeal | |
| 6. Transaction Amount (Amount to be refunded):* $ 505.00 | | ☐ Pro Hac Vice | |
| | | ☐ Writ of Habeas Corpus | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open case**).*

I efiled a Notice of Appeal on 1/13/2020 and paid the $505 filing fee via pay.gov. I only received one receipt number which is 0971-14065477 and is consistent with the court's Notice of Electronic Filing showing same receipt number. Our accountant stated our office's card shows two charges, both for the amount of $505. Please research charges and kindly refund $505. I did not receive a second receipt or receipt number for the second charge.

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |