UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


FILED

FEB 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TONY NUNEZ, individually and as a successor-in-interest to Decedent Anthony Nunez; THE ESTATE OF ANTHONY NUNEZ, by and through personal representative Sandy Sanchez,

        Plaintiffs-Appellees,

v.

CITY OF SAN JOSE,

        Defendant,

 and

MICHAEL SANTOS, individually and in his capacity as an officer for the San Jose Police Department; ANTHONY VIZZUSI, individually and in his capacity as an officer for the San Jose Police Department,

        Defendants-Appellants.

No.   20-15057

D.C. No. 5:17-cv-03860-LHK
Northern District of California,
San Jose

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation