# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**

- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* | SARAH TAPIA | 7. Your Phone Number: | (408) 535-1211 |
| 2. Your Email Address:* | sarah.tapia@sanjoseca.gov | 8. Full Case Number (if applicable): | 17-cv-03860-LHK |
| 3. Receipt Number:* | 0971-14065345 | 9. Fee Type:* | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☑ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 01/13/2020 | | |
| 5. Transaction Time:* | 2:57 pm | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 505.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

It is believed that after the payment page computer froze, causing us to relogin and redo efiling procedure. Duplicate charge occurred. The correct receipt number, included on the docket, is 0971-14065477.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m. - 4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: 3/6/2020 | Request approved/denied by: Ana Barcenez |
| Pay.gov refund tracking ID refunded: 26MQP7ND | Agency refund tracking ID number: 0971-14065345 |
| Date refund processed: 3/9/20 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |